**Order entered January 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00122-CV

## IN RE ROBERT E. RODRIGUEZ, Relator

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80180-2014**

## ORDER
### Before Justices Lang-Miers, Fillmore, and Brown

Based on the Court's opinion of this date, we **DENY** relator's January 30, 2015 petition

for writ of mandamus and relator's January 30, 2015 motion to stay proceedings.  We further

**ORDER** that relator bear the costs of this original proceeding.


/s/     ROBERT M. FILLMORE
JUSTICE